IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN LYNETTE NASH, AS THE
PERSONAL REPRESENTATIVE OF THE
ESTATE OF CARL DIERKS NASH,II,
DECEASED, AND
INDIVIDUALLY, AS SURVIVING SPOUSE                              PLAINTIFF

VS.                    CASE NO. 2:07CV00091 JMM

MAYOR LARRY NASH, ET AL., ET AL.                               DEFENDANTS

**ORDER**

Wyman O. Gilmore, Jr., of Gilmore Law Firm, Grove Hill, Alabama request that he be provided copies of all pleadings filed in the above styled action and that he be notified of any hearings is denied (#11).

While Mr. Gillmore represented these parties in their wrongful death claim against the United States Air force filed pursuant to the Federal Tort Claims Act, he does not represent these parties in the instant cause of action.  Further Mr. Gillmore is not admitted to the Bar of this Court, therefore he is not eligible to register for CM/ECF in this district and receive electronic copies of documents.

The Court notes that this case can be monitored through PACER.  Information about PACER is available by visiting the Court's website at **www.are.uscourts.gov.**

IT IS SO ORDERED THIS   8   day of   August , 2007.

_____
**James M. Moody**
**United States District Judge**