IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KAREN LYNETTE NASH, AS THE PERSONAL
REPRESENTATIVE OF THE
ESTATE OF CARL DIERKS
NASH, II, DECEASED, ET AL.                                                             PLAINTIFF

VS.                        CASE NO. 2:07CV00091 JMM

MAYOR LARRY NASH, ET AL.                                                          DEFENDANT

**ORDER**

Based upon the Court's Order of January 15, 2008, which approved the Settlement Agreement and Distribution of Funds in the above styled case, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS   18   day of   January , 2008.

_____
James M. Moody
United States District Judge